# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-11371
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 24, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PATIENCE OKOROJI,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CR-559-1

Before REAVLEY, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Patience Okoroji has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Okoroji has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11371

Our review reveals a clerical error in the written judgment concerning the amount of restitution.  The judgment correctly states that the amount of restitution is $8,650,705.82 but also erroneously states the amount of restitution is $8,650,785.82.  The order setting additional conditions of supervised release also reflects the erroneous amount of restitution.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.  This matter is REMANDED for the limited purpose of correcting the clerical error in the judgment and the order setting additional conditions of supervised release.  *See* FED. R. CRIM. P.  36; *United States v. Johnson*, 588 F.2d 961, 964 (5th Cir. 1979).